1  COLT / WALLERSTEIN LLP
      Doug Colt (Bar No. 210915)
2      dcolt@coltwallerstein.com
      Thomas E. Wallerstein (Bar No. 232086)
3      twallerstein@coltwallerstein.com
      Kimberly I. Culp Cloyd (Bar No. 238839)
4      kculp@coltwallerstein.com
   Paragon Point
5  Three Lagoon Drive, Suite 260
   Redwood Shores, California  94065
6  Telephone:    (650) 453-1980
   Facsimile:    (650) 472-8078
7

8  Attorneys for Plaintiff

9

10                     UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13

14 VAIJAYANTI APTE,                         CASE NO. 4:11-cv-00222-YGR

15            Plaintiff,
                                            [PROPOSED] ORDER RE EXTENSION OF
16                v.                        DISCOVERY CUTOFF DEADLINE

17 AYURVEDIC ACADEMY INC. d/b/a             Judge:  Honorable Yvonne Gonzalez Rogers
   KERALA AYURVEDA ACADEMY and
18 DOES 1-5,

19            Defendants.

20

21

22

23

24

25

26

27

28

1    The parties having stipulated and good cause appearing, the Court orders as follows:

2    Fact discovery shall be completed no later than March 9, 2012.  All other deadlines in the

3    Court's Scheduling Order shall remain unchanged.

4

5    **IT IS SO ORDERED.**

6    Dated:  January 24, 2012

7                                                        By:

8                                                        _____
                                                         Hon. Yvonne Gonzalez Rogers
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -
[PROPOSED] ORDER
CASE NUMBER 4:11-cv-00222-YGR