COLT / WALLERSTEIN LLP
  Doug Colt (Bar No. 210915)
  dcolt@coltwallerstein.com
  Thomas E. Wallerstein (Bar No. 232086)
  twallerstein@coltwallerstein.com
  Kimberly I. Culp Cloyd (Bar No. 238839)
  kculp@coltwallerstein.com
Paragon Point
Three Lagoon Drive, Suite 260
Redwood Shores, California  94065
Telephone:     (650) 453-1980
Facsimile:      (650) 472-8078

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VAIJAYANTI APTE,<br><br>        Plaintiff,<br><br>        v.<br><br>AYURVEDIC ACADEMY INC. d/b/a KERALA AYURVEDA ACADEMY and DOES 1-5,<br><br>        Defendants. | CASE NO. 4:11-cv-00222-YGR<br><br>[PROPOSED] ORDER RE EXTENSION OF DISCOVERY CUTOFF DEADLINE<br><br>Judge:  Honorable Yvonne Gonzalez Rogers |

1        The parties having stipulated and good cause appearing, the Court orders as follows:

2        Fact discovery shall be completed no later than March 9, 2012.  All other deadlines in the

3    Court's Scheduling Order shall remain unchanged.

4

5        **IT IS SO ORDERED.**

6    Dated:  January 24, 2012

7        By:

8    _____
         Hon. Yvonne Gonzalez Rogers

9